PRIVATE            SPECIAL            PRIORITY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2019
JEFFREY P. COLWELL
CLERK

IN THE MATTER OF,

kenneth william lewis el

        Plaintiff,

v.

OFFICE OF THE COLORADO GOVERNOR-john hickenlooper d/b/a JOHN HICKENLOOPER-Governor/Trustee, and sureties

OFFICE OF THE COLORADO ATTORNEY GENERAL-cynthia h coffman d/b/a CYNTHIA H COFFMAN-Attorney General/Fiduciary, and sureties

OFFICE OF THE COLORADO PUBLIC UTILITIES COMMISSION/OFFICE OF THE CHAIRMAN-jeffrey p Ackermann d/b/a JEFFERY P. ACKERMANN-Chairman/Trustee, and sureties

        Defendants.

**COURT USE ONLY**

Cause #_____

Division       Courtroom

## PETITION FOR WRIT CERTIORARI

Greetings Honorable Richard P. Matsch, I shall provide information about why this cause must be accepted entry into your Chancery Court in exclusive equity jurisdiction and the particulars why the lower court is out of their jurisdiction (1)

I am a private citizen of the state of Illinois and a private american citizen of the United States of America. The suit I bring to this Court is within the jurisdiction of this Court and I am entitled to sue in this Court as a private american citizen.

In Newby v Enron the court held that federal courts have the equity jurisdiction during the adoption of the Constitution + Judiciary Act 1789... The court further noted that regardless of the merger

1 | Page

of the merger (rule) of the formerly separate courts of law and equity by the Federal Rules of Civil Procedure, the substantive principles of Courts of Chancery remain unaffected."

I am petitioning this Chancery Court for a "Writ (writ) Certiorari" in a cause where I am the plaintiff/beneficiary and the defendants and the lower court are out of their jurisdiction for the following reasons:

a.) I am a private citizen of the state of Illinois and a private american citizen of the united states of America, and my citizenship status is not cognizable in "at law" courts.

b.) My rights and defenses are not cognizable in "at law" courts.

c.) There is a Conflict or Variance of law versus equity.

d.) The lower court is not requiring substance, but instead is requiring form, statutes and codes in an Article III, section 2, subdivision 1, Equity cause.

e.) Conflict of Interest between the State District Court, the State District Judge and the Defendants

f.) My cause contains Private, Confidential and Proprietary documents that can only be seen in the Exclusive; I am legally disabled.

g.) I require a "Review, Determination and private Final Decree" by an Article III Judge/Chancellor authorized to adjudicate under Article III, Section 2, subdivision 1 of the Constitution of the United States of America; Equity.

h.) I require an "in-camera, in private chambers" evidentiary hearing with a Judge/Chancellor in regards to the private trust indentures and private deeds that created the trusts I hold in the private that governs the subject matter.

Your Honor, the defendants and the lower court are attempting to extinguish my "right" to redemption, and I am cutoff from the original authority for private citizen americans. Therefore, the defendants are receiving unjust enrichment, and causing me irreparable harm to my right to redemption, this act is "counter to conscience", as well as concealment of rightfully claimed trust property, negligence and breach of duty and obligations as

Page 2

expressed by private trusts; and as you know, private trusts are enforced in Exclusive Equity.

(2) All of the elements of a trust are present, and I can only be redeemed when I partake of a right left to me by inheritance or rules of equity in which exercises upon the trustee in the arrangement where he/she is put on official notice of their obligation or duties to the trust. The "redemption" I seek is the exact specie in chancery court known as a "mortgage" in the nature of trust/duties/rights/remedies between the parties.

(3) The lower court (State District Court, Denver County) will not and cannot handle my matter due to the reasons stated previously. The defendants and the lower court have proven beyond reasonable doubt to be out of the jurisdiction I require as the plaintiff, as evidenced by the attached "Show Cause" order dated Nov. 26, 2018, and my "Answer to Show Cause" both (attached.)

(4) The Office of the Colorado Governor - Current Occupant - (all appointees, nominees, successors and sureties) are negligent of the duties and obligations of "private" trust #RA273668776US.2 "Surety Bailment and Settlement Trust."

The Office of the Colorado Attorney General - Current Occupant - (all appointees, nominees, successors and sureties) is negligent of the duties and obligations of fiduciary Appointment #081415 and other documents that should be ample evidence to construe that appointment as a trust.

(5) The Office of the Colorado Public Utilities Commission, Office of the Chairman - Current Occupant - (all appointees, nominees, successors and sureties), "private" trust #RA273668776US.4 "Utilities and Telecommunications Trust" has disclaimed the trust, so there is no trustee to administrate the duties and obligations of the trust.

The majority of this cause is regarding "Injunctions" on the defendants; a smaller portion of the cause is regarding "Discovery and Full Accounting."

As the plaintiff in this cause, I chose in my "Original Bill in Chancery Court", ex parte for the plaintiff under the edicts and doctrines of Trust law and Maxims of Equity, sealed in Chancery Court private chambers under the jurisdiction of Exclusive Equity.

Page 3

I have demanded acknowledgement by the defendants of their duties and obligations owing to me, under my right of redemption in the trust arrangements, to no avail. "A private american heir/beneficiary is legally disabled and is prevented from any adequate remedy under the provisional Emergency", as stated in Pomeroy §296, Illustrations.

(6)

According to § 11, 16 + 20 of the Judiciary Act of 1789, First Congress Sess. 1. Ch. 20 (1789), The High Court of Judicature 1873/1875 - aka The Judicature Act that is implemented in the Judiciary Act, that is brought forward as the "conflict or variance" of Law, which requires Mandatory Judicial Cognizance, and that the source of my authority is NOT statutes and codes, and (The Authority of the Emergency Banking Relief Act along with the Trading with the Enemy Act, both of 1933 does not apply to me Nor do I consent to it.)." Notice of and Declaration of Conflict or Variance of Law" is enclosed.

Also, by legal construction in applying the Maxim, "Inclusio unius est exclusio alterius", the inclusion of one is exclusion of another, and vice versa.

The exclusion of the "Emergency Banking Relief Act and the Trading with the Enemy Act" is the inclusion of my right under the Judiciary Act of 1789, chapter 11, 16 + 20", and Supreme Court of Judicature.

The Sixty-First Congress Sess. 111. Ch. 231. 1911. Sec. 24 states that "the district courts shall have original jurisdiction of all suits of a civil nature at common law or in equity."

(7)

In C. L. Bates Federal Procedures at Common Law 1908 § 659, "The jurisdiction of a court is its authority to hear and determine a case between parties, and to render a judgement or decree and to execute it."

In §660 it states; "The jurisdiction of a court is not exhausted by the rendition of judgement, but continues until that judgement shall be satisfied; and the fourteenth section of the original judiciary act which gives the courts of the United States power to issue all writs, "which may be necessary to the exercise of their respective jurisdictions" vests those courts, respectively, with power to issue executions on their judgements.

(8)

Your Honor, you have the authority as an Article III Senior Judge as stated in Pomeroy §385, Equitable Remedies, "It was decided that individual judges acting in chambers have all the powers and functions which were possessed and exercised by the Chancellor in chamber." As Master of the Private side where Article III is recognized, I require you to cure a defect of the lower court, there you will see what the defendants and the lower court did not do (order the defendants to answer the Original Bill in Chancery Court and supporting affidavit) which is the reason for my "Petition for Writ" Certiorari and that the defendants and the court are not in their jurisdiction. Story §743 + 744 - Form vs. Substance. Also, the federal Judge is authorized to be a Chancellor in Equity in the USA, as stated by Edmund Robert Daniell "Pleading and Practice of the High Court of Chancery."

(9)

I am an Indigenous Aboriginal Moor and my ancestors were here before the courts existed. In that regard it is stated in "65. Pannill, paragraph (a), "citizens of the District of Columbia were not granted the privilege of litigating in the federal courts on the ground of diversity of citizenship.

Possibly no better reason for this fact exists than such citizens were not thought of when the judiciary article (III) of the federal Constitution was drafted." This is clear evidence that U.S. Citizens and Citizens of the District of Columbia which includes all Attorney's and those that do not have an interest in the subject matter personally or In Personam, are not allowed entry into this original jurisdiction.

Gibson §770: "In general, the Chancellor's jurisdiction at Chambers now extends from the hearing of the simplest motions, such as to amend pleadings, to the supremist acts of adjudication, such as the rendition of final decrees and their enforcement by all necessary final process,

(10)

I, kenneth william lewis el the plaintiff and beneficiary of this cause, cannot proceed any further until I can present the bulk of my "evidence" in chambers of the appropriate

Page 5

jurisdiction to support my requested relief of permanent mandatory injunctions and Full Accounting regarding the defendants Office of the Governor of Colorado, current occupant (all appointees, nominees, and successors) for private trust #RA273668776US.2 "Surety Bailment and Settlement Trust,"

Office of the Colorado Public Utilities Commission, Office of the Chairman, current occupant (all appointees, nominees, and successors) for private trust #RA273668776US.4 "Utilities and Telecommunications Trust" and

Office of the Colorado Attorney General, current occupant (all appointees, nominees and successors) for Fiduciary Appointment #081415 preventing any further trespass of my private trust/estate property.

(11) Western Horizon Business Trust holds all legal title to the entity Kenneth William Lewis (all derivatives thereto and therefrom) with Social Security Account Number 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. I hold the original private trusts and the original private deeds from which the trusts were created, and I will present them in chambers.

I quote the Maxim, "Equity will not let a trust fail for a lack of a Trustee," and this court is authorized to accept this cause in its Chancery Court in Exclusive Equity Jurisdiction according to "Gibson-Suits in Chancery, 1907" in "Equitable Versus Statutory" §23-25 (b,d,e,h,l,o,q,s)."

The defendants and the lower court are clearly out of their jurisdiction that I require as the plaintiff and private citizen/american, which is Chancery Court, sealed exparte for the plaintiff, held in private chambers in Exclusive Equity Jurisdiction.

Therefore, I require that this Honorable Court grant my "Petition for Writ Certiorari and review the actions and decision of the lower court. (kwl ite)

Respectfully Submitted,

_Kenneth william lewis el_   1/7/2018
Plaintiff/Claimant            Date
kenneth william lewis el

## OATH AND ACKNOWLEDGEMENT

I, *kenneth william lewis el* make oath, swear and affirm that I completed the foregoing *"Petition for Writ Certiorari"* by my hand, act and deed for this cause. The statements set forth herein are true and correct to the best of my knowledge and belief.

Using a Notary, Deputy Consul General, or Consul General on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose of a Notary, Deputy Consul General, or consul General is for verification and identification only and not for entrance into any foreign jurisdiction for any benefit for those that are not in truth with the Laws of our Creator.

WITNESS my hand and official seal on this day 11th of Jan, 2019 did appear before me *kenneth william lewis el* by verified documentation and proof as facts in truth.

My commission expires: 15 of October, 2022

Notary in and for El Paso county and Colorado state                (SEAL)

AMBER LUNDY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104040697
MY COMMISSION EXPIRES OCTOBER 15, 2022

PRIVATE                              SPECIAL                              PRIORITY

---

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>(SEALED)</u>
*Plaintiff/Claimant*

    vs           Cause No. _____

<u>(SEALED)</u>
*Defendant*


## ORDER

THIS MATTER before the Honorable Richard P. Matsch is a **"Petition for Writ Certiorari"**, submitted to this court by the plaintiff kenneth william lewis el. After reviewing said petition this Court hereby grants its execution.


Date: _____ day of _____, 2019.


            _____
            Richard P. Matsch-Article III Senior Judge


Entered on _____ day of _____, 2019.


            _____
            Clerk