FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2019

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _1:19-cv-00163 GPG_
(To be supplied by the court)

_Kenneth william lewis el_____, Plaintiff

v.

_Office of the CO Governor (and sureties)_,

_Office of the CO Attorney General (and sureties)_

_Office of the CO PUC (and sureties)_,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

(Amended) **COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. <br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kenneth lewis el- c/o 6071 Del Rey Dr., Colo. Springs, CO [80918]
(Name and complete mailing address)

719-205-3810 / seekeroftruth10@gmail.com
(Telephone number and e-mail address)

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Office of the CO Governor
200 E. Colfax Ave., Denver, CO 80203
(Name and complete mailing address)

(303)-866-2471
(Telephone number and e-mail address if known)

Defendant 2: Office of the CO Attorney General
1300 Broadway, Denver, CO 80203
(Name and complete mailing address)

(720)-508-6000
(Telephone number and e-mail address if known)

Defendant 3: Office of the CO Public Utilities Commission
1560 Broadway, #250, Denver, CO 80202
(Name and complete mailing address)

(303)-894-2000
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Treaty of Peace & Friendship Art. 6, Treaty of Peace & Amity Art. 9 Civil Rights Act 1871 (your) 42 U.S.C. § 1983 Federal Statute

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Treaty of Peace + Friendship + Treaty of Peace and Amity

Supporting facts:

① I am an Indigenous Aboriginal Moor and I claim the Office of the CO Governor is depriving my right to land + possessions I am the beneficiary of, violating the Treaty of Peace + Friendship Article 6, and the Treaty of Peace and Amity Article 9.

② The Office of the CO Governor has Executive Authority in the state to release all land + personal property of Indigenous Aboriginals, but has breached his expressed trust 1/5/18, 3/6/18, 4/16/18 and 5/3/18 and has not intervened.

③ I am an entitled beneficiary due the relief because the active treaties mandate the return of land, rights and personal property back to Indigenous Aboriginals, and I demand the return of said property.

④ The inaction and non-intervention of this primary defendant on the dates mentioned above has the purpose + intent to harm me irreparably because the trust cannot administrate effectively without the claimed trust property to do so.

⑤ The estate/trust property claimed becomes an easy target for "unjust enrichment" by city, county, state agents + agencies and corporations to trespass without consequence without the intervention of the primary defendant.

⑥ The Office of the CO Governor is depriving me of use and access to the trust property I am beneficiary of by discrimination under color of state law.

⑦ This action infringes on the Civil Rights Act of 1871 (per your) 42 U.S.C. § 1983, allowing those to sue government for civil rights violations. It applies when someone acting "under color of" state law deprives rights created by the Constitution or Federal Statutes,

4

CLAIM TWO: <u>Civil Rights Act 1871 - (per) 42 U.S.C. § 1983</u>

(1) Supporting facts: My claim for all the property in the state of Colorado in the name of Kenneth William Lewis (all derivatives thereto and therefrom) with Social Security Acct. # 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 is further infringed upon by the Office of the CO Attorney General and the Office of the CO Public Utilities Commission. They are both under the authority of the primary defendant.

(2) The mandates of the Civil Rights Act of 1871 allows one to sue state level government in federal courts, especially if the defendants were acting "under color of" state law violating my rights to treaties and the U.S. Constitution.

(3) My relationship to the Office of the Colorado Attorney General is, this office is the general counsel to the Office of the CO Governor, and appointed fiduciary by trust appointment on 8/17/15. Appointed to protect the private trust/estate assets of Kenneth William Lewis Estate and Kenneth William Lewis (Sole Proprietor as Grantor) from trespass by city, county, state agents, agencies and corporations.

(4) The defendant breached the duties and obligations of the appointment 1/5/18, 3/6/18, 4/16/18, and 5/3/18, due to the inaction and non-intervention of the primary defendant.

(5) My relationship with the defendant Office of the CO PUC is, the defendant was appointed to administrate the trust property claimed in this cause, and full accounting. The defendant disclaimed the trust due to the inaction and non-intervention of the primary defendant.

(6) Both defendants has the purpose and intent to harm me irreparably by depriving my right to land, rights, and personal property; violating active treaties. It deprives me of use and access to private trust assets that I am entitled to by discrimination under color of state law.

(7) Therefore, infringing on the Civil Rights Act of 1871 - (per) 42 U.S.C. § 1983. Allowing this court, rather granting subject matter jurisdiction to this court due to "Federal Question."

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

(1) Order the defendant's to answer within the time required by law.

(2) Grant my (Amended) Petition for "Writ Certiorari" and review the case filed in the lower court.

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_[signature]_ william lewis el
(Plaintiff's signature) without prejudice,
expressly reserving all liberties/all
rights without recourse.

February 26, 2019
(Date)

(Revised December 2017)